

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| APPRAISAL REVIEW BOARD OF EL PASO COUNTY, TEXAS, | § § | No. 08-16-00307-CV |
| Appellant, | § | Appeal from |
| v. | § | 327th District Court |
| SPOKANE EQUITIES LIMITED PARTNERSHIP, | § § | of El Paso County, Texas (TC # 2016DTX0433) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on Appellee's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating